IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM BERNARD CREWS,

        Plaintiff,

vs.                              CASE NO.: 5:05cv166-SPM/MD

WILLIE RAINES, et al.,

        Defendants.

_____/

## ORDER

      This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 14) dated February 24, 2006.  Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is hereby ORDERED as follows:

      1.    The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

      2.    Plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.      The clerk shall close this case.

DONE AND ORDERED this 29th day of March, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge